THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT FUND; WESTERN WASHINGTON OPERATING ENGINEERS-EMPLOYERS TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA FRONTIER CONSTRUCTORS, INC., an Alaska corporation,<br><br>Defendant. | Case No. 2:19-cv-01235-RSM<br><br>**ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND EXTEND INITIAL SCHEDULING DATES** |

This matter having come before the Court on the parties' Stipulated Motion to Extend Deadline to Answer or Otherwise Respond to Complaint and Extend Initial Scheduling Dates, it is hereby ORDERED that the time for Defendant to respond to Plaintiff's Complaint is extended three weeks from September 16, 2019 to October 7, 2019.

It is also ordered that the Order Regarding Initial Disclosures, Joint Status Report and Early Settlement be extended three weeks as follows:

ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND EXTEND INITIAL SCHEDULING DATES - 1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| Deadline for FRCP 26(f) Conference: | 10/23/19 (from current 10/2/19) |
|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 10/30/19 (from current 10/9/19) |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 11/6/19 (from current 10/16/19) |

IT IS SO ORDERED.

Dated this 16 day of September, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By: */s/ Priya B. Vivian*
    Priya B. Vivian, WSBA No. 51802
    vivianp@lanepowell.com
    Paul M. Ostroff, *Pro Hac Vice*
    ostroffp@lanepowell.com
    1420 Fifth Ave., Suite 4200
    P.O. Box 91302
    Seattle, WA 98111-9402
    Telephone: 206-223-7000
    Facsimile: 206-223-7107
Attorneys for Defendant Alaska Frontier Constructors, Inc.

REID, McCARTHY, BALLEW & LEAHY LLP

By: *s/ Russell J. Reid*
    Russell J. Reid, WDBA #2560
    100 West Harrison Street, North Tower, #300
    Seattle, WA 98119
    Telephone: (206)285-3610
    Facsimile: (206) 285-8925
    E-Mail: rjr@rmbllaw.com
Attorneys for Plaintiffs

ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND EXTEND INITIAL SCHEDULING DATES - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107