THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT FUND; WESTERN WASHINGTON OPERATING ENGINEERS-EMPLOYERS TRAINING TRUST FUND,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALASKA FRONTIER CONSTRUCTORS, INC., an Alaska corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 2:19-cv-01235-RSM<br><br>**ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND EXTEND INITIAL SCHEDULING DATES** |

This matter having come before the Court on the parties' Second Stipulated Motion to Extend Deadline to Answer or Otherwise Respond to Complaint and Extend Initial Scheduling Dates, it is hereby ORDERED that the time for Defendant to respond to Plaintiffs' Complaint is extended two weeks from October 7, 2019 to October 21, 2019.

It is also ordered that the Order Regarding Initial Disclosures, Joint Status Report and Early Settlement be extended two weeks as follows:

ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND EXTEND INITIAL SCHEDULING DATES - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 11/6/19 (from current 10/23/19) |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 11/13/19 (from current 10/30/19) |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 11/20/19 (from current 11/6/19) |

IT IS SO ORDERED.

Dated this 7 day of October, 2019.

									/s/ Ricardo S. Martinez
									RICARDO S. MARTINEZ
									CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By: */s/ Priya B. Vivian*
	Priya B. Vivian, WSBA No. 51802
	vivianp@lanepowell.com
	Paul M. Ostroff, *Pro Hac Vice*
	ostroffp@lanepowell.com
	1420 Fifth Ave., Suite 4200
	P.O. Box 91302
	Seattle, WA 98111-9402
	Telephone: 206-223-7000
	Facsimile: 206-223-7107
Attorneys for Defendant Alaska Frontier Constructors, Inc.

REID, McCARTHY, BALLEW & LEAHY LLP

By: */s/ Russell J. Reid*
	Russell J. Reid, WDBA #2560
	100 West Harrison Street, North Tower, #300
	Seattle, WA 98119
	Telephone: (206)285-3610
	Facsimile: (206) 285-8925
	E-Mail: rjr@rmbllaw.com
Attorneys for Plaintiffs

ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND EXTEND INITIAL SCHEDULING DATES - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107