UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA FRONTIER CONSTRUCTORS, INC., an Alaska corporation,<br><br>Defendant. | NO. C19-01235 RSM<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiffs, and Paul M. Ostroff and Priya B. Vivian of Lane Powell PC, attorneys for Defendant, Alaska Frontier Constructors, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

//

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C19-01235-RSM
Page 1 of 2

DATED this 7th day of November, 2019.

| REID, , McCARTHY, BALLEW & LEAHY, L.L.P. | LANE POWELL PC |
|---|---|
| s/Russell J. Reid | s/Paul M. Ostroff |
| Russell J. Reid, WSBA #2560 | Priya B. Vivian, WSBA #51802 |
| Attorney for Plaintiffs | Paul M. Ostroff, *pro hac vice* |
| | Attorney for Defendant |

### ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiffs and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

DATED this 13th day of November 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By s/Russell J. Reid
    Russell J. Reid, WSBA #2560
    Attorneys for Plaintiffs

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C19-01235-RSM
Page 2 of 2